WENDY J. OLSON, IDAHO STATE BAR 7634
UNITED STATES ATTORNEY
GEORGE W. BREITSAMETER, IDAHO STATE BAR NO. 2871
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO  83712
TELEPHONE:  (208) 334-1211
FACSIMILE:  (208) 334-1038

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR No. 09-286-S-EJL-02 |
| Plaintiff, ) | |
| ) | DEFENDANT SHAUNTEE K. |
| vs. ) | FERGUSON'S WAIVER OF |
| ) | CLAIM UNDER BENNETT |
| SHAUNTEE K. FERGUSON, ) | DECISION |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America and Wendy J. Olson, United States Attorney for the District of Idaho, and George W. Breitsameter, the undersigned Assistant United States Attorney, respectfully waive any claim under the 9th Circuit decision in *United States v. Bennett*.

The reasons and grounds for said waiver are as follows:

1.) On April 14, 2010, the Grand Jury for the District of Idaho returned a fourteen (14) count Superseding Indictment against defendant Shauntee K. Ferguson alleging violations of federal law, including: wire fraud, bank fraud and false statement to a financial institution.

2.) On June 28, 2010, I, Shauntee K. Ferguson, pled guilty to Count Fourteen of the Superseding Indictment, which alleged a violation of Title 18, United States Code, Section 1014, by making a false statement to First Horizon Home Loans, a division of First Tennessee Bank.

3.) On September 10, 2010, the Court of Appeals for the Ninth Circuit issued a decision in *United States v. Bennett* which held that a false statement to a wholly owned subsidiary of a financial institution, to wit: Equicredit, was insufficient to establish the false statement to the financial institution, to wit: Bank of America.

4.) I understand, based upon the Ninth Circuit in *Bennett*, that I could move this Honorable Court to withdraw my guilty plea to Count Fourteen of the Superseding Indictment because First Horizon Home Loans is an affiliate of First Tennessee Bank, a federally insured financial institution. (See attached Exhibit "A.")

5.) I further understand that, if the Court allowed me to withdraw my guilty plea, I would then be subjected to the fourteen (14) Count Superseding Indictment which charged wire fraud, bank fraud and false statement to a financial institution.

6.) I further understand the decision in *Bennett* does not apply to the eleven (11) counts of wire fraud alleged in the Superseding Indictment because, in order to establish a violation of the wire fraud statute, the government is not required to prove a financial institution was defrauded.

7.)   I further understand that First Horizon Home Loans, as an affiliate of First Tennessee Bank, submits that First Horizon Home Loans is covered by the provisions of the FDIC.

For the foregoing reasons, I voluntarily and without promises or assurances other than those set forth in the written plea agreement, elect to not pursue a motion to withdraw my guilty plea. Instead, I respectfully request to proceed to sentencing on my guilty plea, pursuant to the terms of the plea agreement filed with this Honorable Court.

Respectfully submitted this 1st day of November, 2010.

*[signature]*
Shauntee K. Ferguson, Defendant

*[signature]*
Paul E. Riggins
Attorney for Shauntee K. Ferguson

## Shareholder Information

### Stock Listing
First Tennessee's common stock is traded on the New York Stock Exchange under the symbol FTN.

### Shareholder Assistance
If you need help, call us at 1-888-598-4933:

- For answers to questions about stock transfers, changes of address, dividend payments or lost certificates
- To receive information or an enrollment card for direct deposit of dividend checks
- To eliminate duplicate mailings of financial information
- To receive a prospectus and enrollment card for our dividend reinvestment and stock purchase plan

If you would rather contact our transfer agent directly, call Wells Fargo Shareholder Services at 1-800-468-9716.

### Internet
Visit www.firsttennessee.com or www.firsthorizononline.com to find out about our products and services as well as the latest investor relations information including stock quotes, news releases and other financial data.

### Annual Meeting
The Annual Meeting of Shareholders will be held at 10:00 a.m. Tuesday, April 17, 2001, at the First Tennessee Building, 165 Madison Avenue, M-Level Auditorium, Memphis, Tennessee.

### General Information
First Tennessee Corporate Headquarters
165 Madison Avenue
Memphis, TN 38103
(901) 523-4444

## First Tennessee Affiliates

Check Consultants, Inc.
Cleveland Bank and Trust Company
Federal Flood Certification Corp.
First Express Remittance Processing, Inc.
First Horizon Asset Securities, Inc.
First Horizon Home Loan Corp.
First Horizon Insurance Services, Inc.
First Horizon Merchant Services, Inc.
First Horizon Strategic Alliances, Inc.
First National Bank of Springdale
First Tennessee Bank National Association
First Tennessee Brokerage, Inc.
First Tennessee Capital Assets Corp.
First Tennessee Commercial Loan Management, Inc.
First Tennessee Housing Corp.
First Tennessee Securities Corp.
FT Insurance Corp.
FT Real Estate Securities Company, Inc
FT Real Estate Securities Holding Company, Inc
FT Reinsurance Company
Hickory Capital Corp.
Hickory Venture Capital Corp.
Highland Capital Management Corp.
Martin & Company, Inc.
Norlen Life Insurance Company
Peoples and Union Bank
Peoples Bank (of Senatobia)

Information in this report may contain forward-looking statements that are provided to assist in the understanding of anticipated future performance. However, a number of important factors could cause actual results to differ materially from those expressed in the forward-looking statements. Please refer to the "Forward-Looking Statements" section in the Third Quarter 2000 Form 10-Q for additional forward-looking information.

Exhibit "A"